**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00965-CR

**CHRISTOPHER ARIC RADKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F96-02380-N**

## ORDER

The Court **GRANTS** appellant's February 21, 2014 motion to extend time to file his pro se response to the *Anders* brief filed by counsel. We **ORDER** appellant to file his pro se response by **MARCH 31, 2014**

The Court **DENIES** appellant's February 21, 2014 motion to the extent he seeks disclosure of exculpatory material. This is an appeal from the trial court's order and counsel has already informed the Court that she provided appellant with a copy of the record. The Court will not consider documents that are not part of the record before the Court.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Christopher Aric Radke, TDCJ No. 806352, Michael Unit, 2664 F.M. 2054, Tennessee Colony, Texas 75886.

/s/     LANA MYERS
JUSTICE